IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEYTON SHOTWELL,

      Plaintiff,    CV F 04 5378 REC WMW   P

  vs.    ORDER

OFFICER STEVENSON, et al.,

      Defendants.

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the November 9, 2005, second amended complaint. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Stevenson and Fergerson. in violation of the Fourth Amendment. Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        OFFICER STEVENSON

        OFFICER FERGERSON

    2.    The Clerk of the Court shall send plaintiff two USM-285 forms, two summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the

1  second amended complaint filed November 9, 2005.
2  3.  Within **thirty (30) days** from the date of this order, plaintiff shall complete the
3  attached Notice of Submission of Documents and submit the completed Notice to
4  the court with the following documents:
5  a. Completed summons;
6  b. One completed USM-285 form for each defendant listed above; and
7  c. Three copies of the endorsed second amended complaint filed November
8  9, 2005.
9  4.  Plaintiff need not attempt service on defendants and need not request waiver of
10 service. Upon receipt of the above-described documents, the court will direct the
11 United States Marshal to serve the above-named defendants pursuant to Federal
12 Rule of Civil Procedure 4 without payment of costs.
13 5.  <u>The failure to comply with this order will result in a recommendation that this
14 action be dismissed</u>.

18 IT IS SO ORDERED.

19 **Dated:   December 8, 2005**              /s/  **William M. Wunderlich**
   mmkd34                                     UNITED STATES MAGISTRATE JUDGE