IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEYTON SHOTWELL,

    Plaintiff,                                  CV F 04 5378 LJO WMW

    vs.                                           ORDER DISMISSING ACTION

OFFICER STEVENSON, et al.,

    Defendants.

       Plaintiff, proceeding pro se, is proceeding against defendant officials employed by the City of Bakersfield on claims of excessive force. On December 14, 2006, an order was entered by the District Court, denying Defendants' motion to dismiss for lack of prosecution and granting Defendants' motion to dismiss state law claims.

       The Court also granted Defendants' motion to compel a response to their request for production of documents. The Court specifically ordered that; "Plaintiff shall respond to the 'Special Interrogatories, Set One' and the "Request for Production of Documents, Set One,' without objections, within 10 days of the filing of this order. Failure to timely comply will result in dismissal of this action." The Court also granted Defendants' motion for an award of attorneys' fees in the amoung of $600. Plaintiff was directed to "pay this award to counsel within 10 days of the filing date of this order. Failure to timely comply will result in the dismissal of this action."

1     On January 5, 2007, William Terrence, attorney for Defendant City of Bakersfield
2 filed a declaration.  Mr. Terrence declares that "I have not been contacted by plaintiff Peyton
3 Shotwell since the December 31. 2006, order issued by the Honorable Oliver W. Wanger.  I have
4 not received any payment from plaintiff Shotwell pursuant to the December 13, 2006, order
5 issued by the Honorable Oliver W. Wanger.  I have not received any responses from plaintiff
6 Shotwell to the special interrogatories, set one, nor have I received any responses to the request
7 for production of documents, set one.
8     In the December 13, 2006, order, Plaintiff was specifically cautioned that failure
9 to respond to the interrogatories or to pay the monetary award would result in dismissal of this
10 action.  Plaintiff has not filed any response to the declaration of Mr. Terrence.
11     Accordingly, IT IS HEREBY ORDERED that this action is dismissed pursuant to
12 Federal Rule of Civil Procedure 41(b).

15 IT IS SO ORDERED.
16 **Dated:   May 25, 2007**           /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE